DENTON, Appellant, *v.* FRASER *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment reversed and new trial ordered, with costs to abide the event. *Held*, the plaintiff was entitled to have the questions as to the validity of the judgment of September 1, 1879, tried, notwithstanding the recitals in the deeds executed by the sheriff.

---

ARCHIBALD, Appellant, *v.* GRANT *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment affirmed, with costs.

---

McINTOSH, Respondent, v. DELAWARE, L. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment and order affirmed, with costs.

---

FENNELL, Respondent, *v.* DELAWARE, L. & W. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment and order affirmed, with costs.

---

MILLER, Respondent, *v.* DOXTATER *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Judgment and order affirmed, with costs.

---

KEESE *et al.*, Respondents, *v.* COOPERSTOWN & C. V. R. Co. *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements. See 11 N. Y. Supp. 945, *mem.*

---

FOSTER, Respondent, *v.* HINTON, Appellant.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order affirmed, with $10 costs and disbursements.

---

BLEAKLEY *et al.*, Appellants, *v.* JOHNSTON *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Interlocutory and final judgments affirmed, with costs, with leave to the plaintiffs to amend their complaint upon payment of the costs of demurrer and of this appeal.

---

SQUIRES, Respondent, *v.* CARTWRIGHT *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. February 20, 1891.)*

No opinion. Order reversed, with $10 costs and disbursements, with leave to apply at special term for permission to file and serve a bond as required by chapter 673, Laws 1887, *nunc pro tunc. Per curiam* memorandum filed with the clerk of Broome county.